## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Robin Christian DiMaggio,<br><br>          Petitioner,<br><br>    v.<br><br>B. Birkholz,<br><br>          Respondent. | Case No. 2:22-cv-05223-FLA (LAL)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: January 17, 2024

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge